# UNITED STATES DISTRICT COURT

## District of Minnesota

Celia Narcisa Cartuche Sarango

Petitioner,

v.

Pamela Bondi, Kristi Noem. Todd M. Lyons, and David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-01447-JRT/DTS**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Memorandum and Order 7 has been satisfied. This case is dismissed.

Date: 3/3/2026

KATE M. FOGARTY, CLERK